

March 24, 2026

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

*Via ECF*

Hon. Lewis A. Kaplan
United States District Judge
U.S. District Court, Southern District of NY
500 Pearl Street
New York, NY 10007-1312

**Marc R. Shapiro**

E  mrshapiro@orrick.com
D  +1 212 506 3546

Re: <u>Businessing LLC. v. Runway AI, Inc., No. 1:26-cv-01655-LAK – Request to Stay and Extend the Deadline for Runway AI, Inc. to Respond to Plaintiffs' Complaint</u>

Dear Judge Kaplan:

We were recently retained to represent defendant Runway AI, Inc. ("Runway") in the above-referenced litigation (the "Action").  We write to request a stay and extension of the deadline for Runway to respond to Plaintiff Businessing LLC's Complaint. This is Runway's first such request and Plaintiff has consented to the request.

Plaintiff served the Complaint in this Action on Runway on March 5, 2026, making Runway's response to the Complaint due March 26, 2026. *See* ECF No. 7.

On March 11, 2026, the plaintiffs in *Ace Cam, Inc. v. Runway AI, Inc.*, Case No. 1:26-cv-01362-LAK (the "Related Action") filed a Motion to Consolidate this Action ("Motion") with the Related Action.

The parties have agreed that the deadline for Runway to respond to the initial Complaint filed in this Action and the Related Action shall be stayed pending the Court's resolution of the Motion. The parties further agree that Plaintiffs in this Action and the Related Action shall file their Consolidated Complaint thirty (30) days after the Court's order on the Motion and Runway shall file its response to the Consolidated Complaint thirty (30) days after the Consolidated Complaint is filed.

Accordingly, Runway respectfully requests that the Court "so order" the attached stipulation, which stays Runway's deadline to respond to the initial Complaint in this Action pending the Court's resolution of the Motion, and sets deadlines for the Plaintiffs' filing of the Consolidated Complaint and Runway's filing of a response thereto.

Respectfully submitted,

_/s/ Marc R. Shapiro___

Marc R. Shapiro