...ANY
...CUMENT
...LECTRONICALLY FILED
...OC #: _____
DATE FILED: 3-25-26

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Businessing LLC, on behalf of itself and all others similarly situated, | Case No.: 1:26-cv-01655-LAK |
| Plaintiff, | STIPULATION RE DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |
| v. | |
| RUNWAY AI, INC., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff Businessing LLC ("Plaintiff") and defendant Runway AI, Inc. ("Runway") in the above-captioned action (the "Action") that:

1. The deadline for Runway to respond to Plaintiffs' Complaint [ECF No. 1] is stayed pending the Court's resolution of the Motion to Consolidate filed in *Ace Cam, Inc. v. Runway AI, Inc.*, Case No. 1:26-cv-01362-LAK (the "Related Action") [ECF No. 9].

3. Plaintiff in this Action and Plaintiffs in the Related Action shall file their Consolidated Complaint within thirty (30) days of the Court's order on the Motion to Consolidate in the Related Action.

4. Runway shall file its response to the Consolidated Complaint thirty (30) days after the Consolidated Complaint is filed.

*The Clerk shall formulate DKT 9.*

*[Signatures on following page.]*

Dated: March 24, 2026

/s/ Gary M. Klinger
Mark Svensson
Michael A. Acciavatti (*pro hac vice* forthcoming)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
msvensson@milberg.com
macciavatti@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
William J. Edelman (*pro hac vice* forthcoming)
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
wedelman@milberg.com
gklinger@milberg.com

Jarrett Lee Ellzey (*pro hac vice* forthcoming)
Tom Kherkher (*pro hac vice* forthcoming)
Leigh S. Montgomery (*pro hac vice* forthcoming)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
Tel: (713) 244-6363
jellzey@eksm.com
tkherkher@eksm.com
lmontgomery@eksm.com

James E. Cecchi (*pro hac vice* forthcoming)
Kevin G. Cooper (*pro hac vice* forthcoming)
CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Counsel for Plaintiff and the Putative Class

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: /s/ Marc R. Shapiro

Annette Hurst (*pro hac vice* forthcoming)
ahurst@orrick.com
Nathan Shaffer (*pro hac vice* forthcoming)
nshaffer@orrick.com
Marc R. Shapiro
mrshapiro@orrick.com
Vanessa Sorrentino
vsorrentino@orrick.com
Hilda Obeng
hobeng@orrick.com
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
+1 212 506 5151

Counsel for Defendant
RUNWAY AI, INC.

So ORDERED

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ    3/7/26

-2-