## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESSING LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUNWAY AI, INC.,<br><br>Defendant. | Case No. 1:26-cv-01655-LAK<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY<br>DOC #: _____<br>DATE FILED: 3-27-26. |

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Nathan Shaffer hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Runway AI, Inc. in the above-captioned action.

I am a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: March 25, 2026

By: */s/ Nathan Shaffer*

Nathan Shaffer (*pro hac pending*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone (415) 773-5440
nshaffer@orrick.com

*Attorneys for Defendant*
*Runway AI, Inc.*

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/27/26